### HOWLAND v. HARDER.

(Supreme Court, Appellate Division, Third Department. November 13, 1912.)

Appeal from Trial Term, Columbia County.

Action by De Witt C. Howland against Frank B. Harder. From a judgment for plaintiff, defendant appeals. Appeal dismissed.

Argued before SMITH, P. J., and KELLOGG, HOUGHTON, BETTS, and LYON, JJ.

John L. Crandell, of Hudson, for appellant.
Brownell & Tilden, of Hudson, for respondent.

PER CURIAM. Appeal dismissed, without costs, on the ground that the questions here involved are raised and decided in the appeal from judgment in Howland v. Harder, 138 N. Y. Supp. 129, decided herewith.